1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANUEL LOPEZ,
          Plaintiff,
    v.
NAPA STATE HOSPITAL,
         Defendant.

Case No. 17-cv-06766-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff John Manuel Lopez has failed to file an amended complaint by the deadline. Dkt. No. 4. Accordingly, this action is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Because this dismissal is without prejudice, Lopez may move to reopen this action. Any such motion must contain an amended complaint that complies in all respects with the Court's order dismissing the complaint with leave to amend.

The Clerk shall terminate enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 30, 2018



WILLIAM H. ORRICK
United States District Judge